IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HELEN BARNES, | ) | CASE NO. 1:16-CV-1241 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | KATHLEEN BURKE |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| | ) | **MEMORANDUM** |
| Defendant. | ) | **OPINION AND ORDER** |

On December 20, 2016, the parties filed a Joint Motion to Remand under Sentence Four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).  Doc. 17.  The parties stipulate that:

> Upon remand, the Commissioner will vacate the findings in the Administrative Law Judge's decision and conduct further proceedings and develop the administrative record as necessary to determine anew whether Plaintiff is disabled within the meaning of the Social Security Act.

Doc. 17.

Upon consideration of the parties' Joint Motion, the Court hereby remands the case for further proceedings consistent with the parties' Joint Motion and enters judgment in favor of Plaintiff.

Dated: December 20, 2016

_____
Kathleen B. Burke
United States Magistrate Judge